UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANGELA BOWERS GRIMES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Deputy Commissioner for Operations, ) <br> performing the duties and functions not ) <br> reserved to the Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) | No.  3:17-CV-365 <br> Judge Phillips |

# ORDER

This Social Security case is before the Court to consider the Report and Recommendation [Doc. 26] of United States Magistrate Judge H. Bruce Guyton, dated April 19, 2018. In that Report and Recommendation, Magistrate Judge Guyton recommends that the plaintiff's motion for summary judgment [Doc. 20] be denied and that the defendant's motion for summary judgment [Doc. 24] be granted. No objections to the Report and Recommendation have been filed and the time for doing so has passed. 28 U.S.C. § 636(b)(1), E.D. Tenn. L.R. 7.2.

The Court has carefully reviewed this matter, including the administrative record and the underlying pleadings [Docs. 12, 21, 25]. The Court is in agreement with Magistrate Judge Guyton's recommendation which the Court adopts and incorporates into its ruling.

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 26]. The plaintiff's motion for summary judgment on the pleadings [Doc. 20] is **DENIED**; the defendant's motion for summary judgment [Doc. 24] is **GRANTED**; the Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED**; and this case is **DISMISSED**.

IT IS SO ORDERED.

                                          s/ Thomas W. Phillips
                                        SENIOR UNITED STATES DISTRICT JUDGE